Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−26284−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer C. Solise
   26 Quaker Street
   Chesterfield, NJ 08515

Social Security No.:
   xxx−xx−8190

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/13/21 at 09:00 AM

to consider and act upon the following:

*24* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 9/3/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 9/7/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court