**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jennifer C. Solise<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8190<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–26284–MBK | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jennifer C. Solise

12/19/22                                                                    **By the court:** Michael B. Kaplan
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-26284-MBK
Jennifer C. Solise                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
--- | --- | ---
Date Rcvd: Dec 19, 2022 | Form ID: 3180W | Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer C. Solise, 26 Quaker Street, Chesterfield, NJ 08515-9757 |
| 517701110 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517701111 | + | Government of the District of Columbia, Department of Motor Vehicles, P.O. Box 37135, Washington, DC 20013-7135 |
| 517701114 | + | Mending Hearts Family Counseling, 60 Cathy Lane, Ste. 103, Burlington, NJ 08016-9727 |
| 517701117 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 517992769 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517701122 | | Visa, P.O. Box 6818, Carol Stream, IL 60197-6818 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517701102 | + | Email/Text: backoffice@affirm.com | Dec 19 2022 20:52:00 | Affirm, P.O. Box 720, San Francisco, CA 94104-0720 |
| 517701103 | | EDI: BANKAMER.COM | Dec 20 2022 01:49:00 | Bank of America, P.O. BOX 15019, Wilmington, DE 19886 |
| 517701104 | | EDI: TSYS2 | Dec 20 2022 01:49:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517701105 | | EDI: CITICORP.COM | Dec 20 2022 01:49:00 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 517701106 | | EDI: CAPITALONE.COM | Dec 20 2022 01:49:00 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 517701108 | + | EDI: CITICORP.COM | Dec 20 2022 01:49:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 517701109 | | EDI: WFNNB.COM | Dec 20 2022 01:49:00 | Comenity-Victoria Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 517701113 | + | EDI: CITICORP.COM | Dec 20 2022 01:49:00 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 517828805 | | EDI: Q3G.COM | Dec 20 2022 01:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517701112 | | EDI: CITICORP.COM | Dec 20 2022 01:49:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517701107 | | EDI: JPMORGANCHASE | Dec 20 2022 01:49:00 | Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 517701115 | | Email/Text: bnc@nordstrom.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: 3180W | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 19 2022 20:51:32 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517771203 | + | EDI: JEFFERSONCAP.COM | Dec 20 2022 01:49:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517701118 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2022 20:51:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285-6177 |
| 517701119 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2022 20:51:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7066 |
| 517829320 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2022 20:51:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517830042 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2022 20:51:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 517814926 | | EDI: PRA.COM | Dec 20 2022 01:49:00 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 517807396 | | EDI: PRA.COM | Dec 20 2022 01:49:00 | Portfolio Recovery Associates, LLC, c/o Union Plus, POB 41067, Norfolk VA 23541 |
| 517822574 | | EDI: PRA.COM | Dec 20 2022 01:49:00 | Portfolio Recovery Associates, LLC, c/o Walmart Master Card, POB 41067, Norfolk VA 23541 |
| 517701116 | + | EDI: RMSC.COM | Dec 20 2022 01:49:00 | PayPal Credit, PO BOX 105658, Atlanta, GA 30348-5658 |
| 517813175 | | EDI: Q3G.COM | Dec 20 2022 01:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517824236 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518536096 | + | EDI: RMSC.COM | Dec 20 2022 01:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517702669 | + | EDI: RMSC.COM | Dec 20 2022 01:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517701120 | + | EDI: RMSC.COM | Dec 20 2022 01:49:00 | Synchrony Bank/Walmart, P.O. bOX 965022, Orlando, FL 32896-5022 |
| 517759686 | + | Email/Text: tcm.bk@tcmbank.com | Dec 19 2022 20:51:00 | TCM Bank, 2701 N Rocky Point Dr., Ste. 700, Tampa,FL 33607-5936 |
| 517824234 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517701121 | | EDI: WTRRNBANK.COM | Dec 20 2022 01:49:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 18-26284-MBK    Doc 40    Filed 12/21/22    Entered 12/22/22 00:15:03    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: 3180W | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Jennifer C. Solise kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5